IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WASH GREEN § | |
|    Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:15-CV-02250-B |
| § | |
| BRIAN DAVID TILLMAN and § | |
| MARTEN TRANSPORT, LTD. § | |
|    Defendants. § | |

## AMENDED MOTION FOR NONSUIT

TO THE HONORABLE JUDGE OF SAID COURT:

Wash Green, Jr., Plaintiff, moves the Court for an order dismissing this case against Brian David Tillman and Marten Transport, Ltd., and in support thereof shows:

Plaintiff no longer wishes to pursue this action against Brian David Tillman and Marten Transport, Ltd.

WHEREFORE, Plaintiff, Wash Green, Jr., requests this court to enter an order:

Dismissing this suit with prejudice, with cost assessed against the party who incurred the costs.

Respectfully submitted,

_____
JAMES E. POLK
State Bar No. 16089500
james@polklaws.net
417 N. 12th Street
Corsicana, Texas 75201
(903) 874-8297
Fax (903) 874-8297

Attorney for Plaintiff
WASH GREEN, JR

## CERTIFICATE OF SERVICE

This is to certify that a true and correct of the foregoing document has been served on the Defendants, Brian David Tillman and Marten Transport, Ltd., by and through their attorney of record, Michael C. Wright, located at 15770 Dallas Parkway, Suite 1050, Dallas, Texas 75248, by email: mwright@rwtrial.com, on this the 26th day of January, 2017.

_____